# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JALEESA WILLIAMS,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-4403** |
| | : | |
| **MARRIOTT/HILTON-DAVIDSON HOSPITALITY,** | : | |
| | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 27th day of January, 2026, upon consideration of *pro se* Plaintiff Jaleesa Willaims's Amended Complaint (ECF No. 10), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                **BY THE COURT:**

                                                **/s/ Gerald Austin McHugh**
                                                **GERALD A. MCHUGH, J.**